**AO 440** (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts _____

JEFFERSON JONES,
    Plaintiff

    V.

MARY M. WALKER,
in her individual capacity,
    Defendant

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05 10102 RCL

TO: (Name and address of Defendant)

MARY M. WALKER, Police Officer
c/o Wareham Police Department
2515 Cranberry Highway
Wareham, MA 02571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael L. Altman, Esq.
Altman & Citron
One Commercial Wharf West
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

                                             1-14-05

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>January 25, 2005        3:00pm |
|---|---|
| NAME OF SERVER (PRINT)<br>Robert Tirrell | TITLE<br>Constable, Town Of Wareham |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the third-party defendant. Place where served:  Mary M. Walker in hand at East Wareham Fire Station, corner of Minot Ave & Depot St. Wareham, Ma. in Plymouth County.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____
_____
_____

[ ] Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$45.00 | TOTAL<br>$45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2005 _____
         Date                    Signature of Server

                                 Robert Tirrell

                                 12 Hallorans Way, Plymouth, Ma. 02360
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.