UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>Plaintiff<br><br>v.<br>MARY M. WALKER, in her individual capacity<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10102 RCL<br>)<br>)<br>)<br>)<br>) |

FILED
IN CLERKS OFFICE
2005 FEB 22 P 3: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective immediately, Altman & Citron, LLP, counsel for the Plaintiff Jefferson Jones, in the above-entitled action, has relocated to:

Altman & Citron, LLP
100 Franklin Street
Boston, MA 02110
phone: (617) 742-2772
fax: (617) 449-9510

Respectfully submitted,
JEFFERSON JONES
By his attorney,

_____
Michael L. Altman, BBO #016800
Altman & Citron, LLP
100 Franklin Street
Boston, MA  02110
(617) 742-2772

Dated: February 17, 2005

I hereby certify that a true copy of
above document was served upon
attorney of record for each other r
by mail and on _____