UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>   Plaintiff<br><br>    v.<br><br>MARY M. WALKER,<br>in her individual capacity<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10102 RCL<br>)<br>)<br>)<br>)<br>) |

## Plaintiff's Assented-to Motion for Appearance of Theresa Labriola Pro Hac Vice

Michael L. Altman, attorney for Plaintiff Jefferson Jones, submits this assented-to motion for appearance of Theresa Labriola *pro hac vice* in all matters relating to the representation of the Plaintiff in the above-entitled case.

1. Theresa Labriola is a member in good standing of the State Bar of California.

2. We request permission of this Court for Theresa Labriola to make appearance in all matters relating to the representation of the Plaintiff Jefferson Jones in the above-entitled matter.

3. In support of the motion, applicant submits the Affidavit of Theresa Labriola.

**WHEREFORE,** petitioner respectfully requests that this Court issue an Order permitting Theresa Labriola to make appearances in all matters related to the representation of the Plaintiff Jefferson Jones in the above-entitled matter.

JEFFERSON JONES
By his Attorney,


Michael L. Altman, BBO #016800
Altman & Citron, LLP
100 Franklin Street
Boston, MA  02110
(617) 742-2772


Assented to:


MARY M. WALKER
By her Attorney,


Deborah Ecker, Esq., BBO #554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100


DATED:  MARCH 4, 2005

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 4, 2005.


Michael L. Altman

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES, <br>      Plaintiff <br><br> v. <br><br> MARY M. WALKER, <br> in her individual capacity <br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-10102 RCL<br>)<br>)<br>)<br>)<br>) |

**Affidavit of Theresa Labriola in Support of the Plaintiff's
Assented-to Motion for Appearance of Theresa Labriola Pro Hac Vice**

Theresa Labriola declares under the penalties of perjury that the following facts are within her personal knowledge and they are true:

1.     I am a member of the State Bar of California in good standing.

2.     I was admitted to the practice of law in California by the Supreme Court of California on June 12, 2003.

3.     There are no disciplinary proceeding pending against me as a member of the State Bar of California in any jurisdiction.

4.     No recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

6.    Michael L. Altman of Altman & Citron, LLP, 100 Franklin Street, Boston, MA 02110, will continue to be lead counsel in this case, and he is a member of the Massachusetts Bar.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 4th DAY OF MARCH 2005.

_____
Theresa Labriola