UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10102-RCL

JEFFERSON JONES,

    Plaintiff,

v.

MARY M. WALKER, in her individual capacity,

    Defendant

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Mary M. Walker, in the above-captioned matter.

Respectfully submitted,
The Defendant,
Mary Walker,
By her attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: March 9, 2005