UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>**Plaintiff,**<br><br>v.<br><br>MARY WALKER,<br>**Defendant.** | :<br>:<br>:<br>:   C.A. No.:  05-10102 RCL<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Mary Walker, in the above-entitled matter.

                                                   THE DEFENDANT
                                                  By her attorneys

| /s/Michael J. Akerson | /s/ Austin M. Joyce |
|---|---|
| Michael J. Akerson<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO# 558565 | Austin M. Joyce<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO#: 255040 |
| /s/ John K. Vigliotti | /s/ Andrew J. Gambaccini |
| John K. Vigliotti<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO # 642337 | Andrew J. Gambaccini<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO # 654690 |