UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10102-RCL

JEFFERSON JONES,

Plaintiff,

v.

MARY M. WALKER, in her individual capacity,

Defendant

### CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

The Defendant,
By her attorneys,

_____
Mary Walker

_____
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: 4/27/05