UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>   Plaintiff<br><br>    v.<br><br>MARY M. WALKER,<br>in her individual capacity<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10102 RCL<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

It is hereby certified that counsel, Michael L. Altman, and Plaintiff, Jefferson

Jones have conferred, according to Local Rule 16.1(D)(3):

(a) with a view to establishing a budget for the costs of conducting the full

   course-and various alternative courses-of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative

   dispute resolution programs such as those outlined in LR 16.4.


Jefferson Jones
75 Hanson Place Apt. 2A
Brooklyn, NY 11272
(617)237-1729

Michael L. Altman, BBO #016800
Altman & Citron, LLP
100 Franklin Street
Boston, MA  02110
(617) 742-2772


Dated: April 27 , 2005