UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10102RCL

JEFFERSON JONES,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
MARY WALKER, in her individual　　　　)
Capacity,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant　　　　　　　　　　 )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

　　　Please enter my appearance as attorney for the Defendant, Mary Walker, with reference to the above-captioned action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　_S/Peter E. Montgomery_
　　　　　　　　　　　　　　　　　　Peter Montgomery, BBO#632698
　　　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　(617) 880-7100

Dated: October 14, 2005