**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:     Civil / Criminal  No.   **05-cv-10102 RCL**

Title:            **Jones  v.  Walker**

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge **Lindsay** has been transferred to Judge **Zobel** for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials **RWZ** .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:    **/s/   Steve York**
          Deputy Clerk

Date:  **10/17/2005**

_____    Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:     Counsel

(notice of reassignment.wpd - 3/7/2005)