UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**JEFFERSON JONES**</u>
             **Plaintiff**

       **V.**

<u>**MARY M. WALKER**</u>
             **Defendant**

**CIVIL ACTION**

**NO.** <u>**05-10102-RWZ**</u>

## <u>ORDER</u>

<u>**ZOBEL, D. J.**</u>

The court adopts Judge Lindsay's order on 5/4/05; except that Judge Zobel will hold a further conference on 4/19/06 at 2:00 p.m. in Courtroom #12 on the 5th floor.

                                  By the Court,

<u>  10/21/05  </u>                               <u>s/ Lisa A. Urso</u>
**Date**                                     **Deputy Clerk**