UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>　　　　Plaintiff<br><br>　　　　　　v.<br>MARY M. WALKER, in her individual<br>capacity<br><br>　　　　Defendant | Civil Action No.05-10102 RWZ |

## PORTIONS OF DR. WEKESA KING'ASIA'S MARCH 2, 2006 DEPOSITION DESIGNATED BY THE PARTIES TO BE ADMITTED AT TRIAL

The parties agree that the following portions of Dr. Wekesa King'Asia's March 2, 2006 deposition may be admitted as evidence at the trial of this matter except as expressly designated below where objections are expressly noted with the reason for the objection stated:

Page 6 Line 14 – Page 13 Line 7

Page 13 Line 19 – Page 24 Line 7

Page 24 Line 17 – Page 29 Line 15

Page 29 Line 20 – Page 39 Line 18

Page 40 Line 3 – Page 42 Line 1

Page 42 Line 13 – Page 47 Line 11

- Defendant objects to Page 42 Lines 20-24:  Non-responsive

- Defendant objects to Page 43 Lines 1-7:  Not disclosed

- Defendant objects to Page 43 Lines 19 – Page 44 Line 6:  Not disclosed

Page 47 Line 22 – Page 48 Line 5

1

Page 48 Line 13 – Page 54 Line 2

- Defendant objects to Page 51 Lines 6-9:  Leading

- Defendant objects to Page 51 Lines 10-14:  Leading

Page 54 Line 11 – Page 57 Line 6

Page 57 Line 14 – Page 61 Line 18

Page 63 Line 15 – Page 66 Line 13

Page 68 Line 17 – Page 93 Line 17

Page 94 Line 12 – Page 94 Line 22

Page 95 Line 15 – Page 99 Line 6

Page 99 Line 11 – Page 103 Line 16

Page 104 Line 4 – Page 112 Line 20

Page 112 Line 25 – Page 117 Line 20

Page 118 Line 9 – Page 120 Line 19

Page 120 Line 23 – Page 125 Line 15

Page 126 Line 15 – Page 128 Line 25

Page 129 Line 10 – Page 143 Line 18

- Plaintiff objects to Page 132 Lines 20-24:  Relevance

Page 144 Line 3 – Page 144 Line 19

Page 145 Line 2 – Page 146 Line 18

Page 150 Line 13 – Page 154 Line 11

- Defendant objects to Page 153 Line 22 – Page 154 Line 11:  Relevance
(no direct offered on this topic)

Page 154 Line 16 – Page 154 Line 25

Page 155 Line 1 – Page 157 Line 14

Respectfully submitted,

Jefferson Jones
By his attorneys,


/s/ Michael L. Altman
Michael L. Altman, BBO #016800
Patrick T. Taverna, BBO #664612
Jennifer H. Lagerquist, BBO #663132
Altman Riley Escher, LLP
100 Franklin Street
Boston, MA  02110
(617) 399-7300



Mary Walker
By her attorneys


/s/ Leonard H. Kesten
Leonard H. Kestern, BBO #542042
Peter Montgomery, BBO # 632698
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100



/s/ Andrew Gambaccini
Andrew Gambaccini, BBO #654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA  01605
(508) 754-7285


Dated:  September 18, 2006