UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFERSON JONES,<br>Plaintiff | ) ) ) ) | 9/20/2006 7 p.m |
| v.<br>MARY M. WALKER, in her individual<br>capacity | ) ) ) | Civil Action No.05-10102 RWZ |
| Defendant | ) ) ) | |

## PLAINTIFF JONES PROPOSED VOIR DIRE QUESTIONS

The Plaintiff Jefferson Jones requests that the court ask prospective jurors the following voir dire questions:

1. Have you, any member of your immediate family or a close personal friend ever been sued for money damages?

2. Do you believe that a person has the right to bring a lawsuit if they have been harmed by another person?

3. Do you believe that too many people in America file law suits against one another?

4. Have you, any member of your immediate family or a close personal friend ever been a police officer or employed by a law enforcement agency?

5. Do you believe that a person has the right to bring a lawsuit against a police officer if the person has been treated wrongfully by the police officer?

6. Do you believe that a police officer should not be held responsible in a civil case just because the police officer wrongfully detained the person?

1

7.  Do you believe that a person must obey the command of a police officer even if the police officer's command is unlawful?

8.  Do you believe that a person should comply with a request of a police officer just because it is a police offer making the request?

9.  Do you believe that a police officer is any more likely to tell the truth than any other witness?

10. Do you believe that a female police officer is any more likely to tell the truth than any other witness?

11. If there were credible testimony that a police officer wrongfully detained someone, would you be less likely to believe that testimony simply because the arresting officer is a woman?

12. Do you believe that police officers should treat people the same whatever their race or national origin?

13. Have you ever fished from a boat in the ocean?

14. Have you ever fished from a boat that docked in Wareham, Massachusetts?

15. Do you know anyone who has worked on a boat called the Onset Chief?

16. Do you know anyone who has worked on a boat called the Viking?

17. Do you believe that people should not drink alcohol?

Respectfully Submitted,

Jefferson Jones
By his attorneys,

/s/ Michael L. Altman
Michael L. Altman, BBO #016800
Patrick Taverna, BBO #664612
Altman Riley Esher, LLP
100 Franklin Street
Boston, MA  02110
(617) 399-7300