UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10102

JEFFERSON JONES

v.

MARY M. WALKER,
in her individual capacity

PRETRIAL ORDER
September 21, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and Michael L. Altman, Esq., having appeared as counsel for plaintiff, and Andrew J. Gambaccini, Esq., and Leonard H. Kesten, Esq., having appeared as counsel for defendant, the following action was taken:

1.  **TRIAL**

Trial is scheduled to commence on September 25, 2006, at 9:00 a.m. and is estimated to last 2-3 days.

2.  **JURY**

The court will impanel eight jurors. Counsel shall file any proposed questions to the jury on voir dire by September 20, 2006. Each side will have four peremptory challenges.

3.  <u>ISSUES</u>

   The parties agree that the only issues to be tried are:

   (a)  Whether defendant had probable cause to take plaintiff into protective custody;

   (b)  Whether defendant's actions caused plaintiff's injury, specifically carpal tunnel;

   (c)  The amount of damages. Plaintiff claims for loss of earnings, diminution of his earning capacity, pain and suffering and punitive damages.

4.  <u>EXHIBITS</u>

Counsel agree that the exhibits listed in Attachment A may be admitted into evidence without objection. Objected to exhibits shall be marked for identification and listed separately.

5. **WITNESSES**

The only witnesses who will testify at trial are:

FOR PLAINTIFF

1. Jefferson Jones
   75 Hanson Place, Apt. 2A
   Brooklyn, NY 11272
   718-237-1729

2. Pamela Jones
   75 Hanson Place, Apt. 2A
   Brooklyn, NY 11272
   718-237-1729

3. Wekesa King' Asia, M.D., presented by deposition (via video tape)
   175 Remsen Street, Suite 525
   Brooklyn, NY 11201
   718-222-2600

4. Rabb Thomas
   325 Lincoln Avenue
   Brooklyn, NY 11208
   718-647-1911

FOR DEFENDANT

1. Officer Mary Walker
2. Officer George Dionne
3. Officer John Walcek
4. Robert Braum
5. Rollin Buckminster
6. Michael Perola
7. Detective Preston Urquhart
8. Richard A. Parker, M.D.

3

6.   **REQUESTS**

    On the first day of trial, counsel shall file:

    (a) Requests for instructions; and

    (b) Proposed questions to the jury on special verdict.


_September 21, 2006_  _/s/ Rya W. Zobel_
DATE                        UNITED STATES DISTRICT JUDGE

## ATTACHMENT A

A) Plaintiff

1) Photographs taken by Pamela Jones of Plaintiff's wrists on June 28, 2003;
2) Exhibits from Dr. Wekesa King'Asia's Deposition, March 2, 2006
    i. King'Asia Exhibit 2 – Bates Stamped Jones 00020;
    ii. King'Asia Exhibit 3 – Bates Stamped Jones 00024;
    iii. King'Asia Exhibit 4 – Bates Stamped Jones 00031;
    iv. King'Asia Exhibit 5 – Bates Stamped Jones 00032
    v. King'Asia Exhibit 6 – Bates Stamped Jones 00005-00011B
    vi. King'Asia Exhibit 7 – Bates Stamped Jones 00039
    vii. King'Asia Exhibit 8 – Bates Stamped Jones 00012
    viii. King'Asia Exhibit 9 – Bates Stamped Jones 00013
    ix. King'Asia Exhibit 10 – Bates Stamped Jones 00014
    x. King'Asia Exhibit 11 – Bates Stamped Jones 00014B, 00066
    xi. King'Asia Exhibit 12 – Bates Stamped Jones 00015
    xii. King'Asia Exhibit 13 – Bates Stamped Jones 00062
    xiii. King'Asia Exhibit 14 – Bates Stamped Jones 00016
    xiv. King'Asia Exhibit 15 – Bates Stamped Jones 00067
    xv. King'Asia Exhibit 16 – Bates Stamped Jones 00068
    xvi. King'Asia Exhibit 17 – Bates Stamped Jones 00018
    xvii. King'Asia Exhibit 18 – Bates Stamped Jones 00017
    xviii. King'Asia Exhibit 19 – Bates Stamped Jones 00019
    xix. King'Asia Exhibit 20 – Jones's Medical Record dated 4/11/05, 9/29/05, 12/28/05, 1/18/06
    xx. Expert Report of Dr. Wekesa King'Asia
3) Wareham Protective Custody Report dated 6/28/03 @1611 – Bates Stamped Walker 00001-00002
4) Dispatch Report – Bates Stamped Walker 00003
5) Application for Criminal Complaint 00007-00011
6) Wareham Police Protective Custody Procedures – Bates Stamped Walker 00016-00019
7) Wareham Police Manual Expert – Bates Stamped Walker 00022-00040

B) Defendant

1. Medical record of Jefferson Jones from Professional Radiology Services, P.C. dated January 26, 2004 re: sonogram of the left and right wrists performed on January 23, 2004.