UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERSON JONES,<br>    Plaintiff<br><br>v.<br><br>MARY M. WALKER, in her individual capacity<br><br>    Defendant | Civil Action No.05-10102 RWZ |

**NOTICE OF ORDER OF PLAINTIFF'S WITNESSES**

Plaintiff Jefferson Jones intends to call the following witnesses on his behalf in the following order:

1. Jefferson Jones, Monday, September 25, 2006;

2. Pamela Jones, Monday, September 25, 2006;

3. Rabb Thomas, Tuesday September, 26, 2006; and

4. Dr. Wekesa King'Asia via DVD, Tuesday, September 26, 2006.

Respectfully Submitted,

Jefferson Jones
By his attorneys

/s/ Michael L. Altman
Michael L. Altman, BBO #016800
Patrick Taverna, BBO #664612
Jennifer H. Lagerquist, BBO #663132
Altman Riley Esher, LLP
100 Franklin Street
Boston, MA  02110
(617) 399-7300

Dated: September 22, 2006