AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Jefferson Jones

v.

Mary Walker

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10102-RWZ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/25 | ✓ | ✓ | right arm + hand photograph |
| 2 | | 9/25 | ✓ | ✓ | right arm and wrist photograph |
| 3 | | 9/25 | ✓ | ✓ | left hand and right hand and wrist photograph |
| | 4 | 9/25 | ✓ | ✓ | picture of hand and cards |
| 6 | | 9/26 | ✓ | ✓ | Set of deposition exhibits - King Asra dep |
| | 7 | 9/26 | ✓ | | Dispatch call sheet |
| | 8 | 9/26 | ✓ | | Protective Custody Report |
| | 9 | 9/26 | ✓ | | Narrative police report of incident |
| | 10 | 9/26 | ✓ | | Police handcuffs and key |
| 12 | | 9/27 | ✓ | | Procedures |
| 13 | | 9/27 | ✓ | | Protective custody report w/ first page |
| 11 | | 9/27 | ✓ | | Application for criminal complaint |
| 14 | | 9/27 | ✓ | | Photo of π from item 13 |
| 15 | | 9/27 | ✓ | ✓ | Joint exhibit - picture of boat |
| 16 | | 9/27 | ✓ | | Expert report of Dr Parker |
| | 17 | 9/28 | ✓ | ✓ | Hospital medical records |
| | 5 | 9/25 | | | Brooklyn Hospital |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages