2:00 p.m.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10102

JEFFERSON JONES

v.

MARY M. WALKER,
in her individual capacity

Verdict on Special Questions to the Jury

1. Did defendant have probable cause to believe plaintiff was incapacitated when she took him into protective custody?

   Yes __✓__    No _____

If the answer is YES, please return your verdict to the court.

If the answer is NO, please go to Question 2.

2. Did defendant's actions proximately cause plaintiff to suffer:

(a) physical injuries, specifically, carpal tunnel syndrome?

   Yes _____    No _____

(b) psychological injuries?

   Yes _____    No _____

Please answer next Questions 3 and 4.

3. Plaintiff is awarded compensatory damages in the amount of $_____

4. Punitive damages are assessed in the amount of $_____

___28-Sep-06___
DATE

___[signature]___
FOREPERSON'S SIGNATURE