UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERSON JONES
    Plaintiff(s)

v.           CIVIL ACTION NO. 05-10102-RWZ

MARY M. WALKER
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

**X** **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

  Judgment for DEFENDANT.

Dated: 9/29/06        By  LISA A. URSO
                  Deputy Clerk